## CROFFORD v. STATE.
### No. 26268.

Court of Criminal Appeals of Texas.
Feb. 18, 1953.

---

No attorney, on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving while intoxicated upon a public highway; the punishment, a fine of $100.

The record contains neither a statement of facts nor bills of exception. Nothing is presented for consideration.

The judgment of the trial court is affirmed.

Opinion approved by the Court.